# MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

February 11, 2016

Writer's Direct Contact
+1 (212) 336.4079
JBeha@mofo.com

By ECF

Hon. Dora L. Irizarry
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Stein v. Raymond James Financial, Inc.*, No. 16 Civ. 379 (DLI) (E.D.N.Y.)

Dear Judge Irizarry:

We represent defendant Raymond James Financial, Inc. in this action and write on behalf of all parties. As we informed the Court yesterday, the parties agreed that Raymond James would file with the SEC an amendment to its proxy statement providing additional disclosures with respect to Proposal 3 to be voted on at the company's annual shareholder meeting. In addition, while Raymond James does not admit that the proxy statement as originally filed was deficient in any way, the parties agree that the amendment provides the information requested in Ms. Stein's Motion by Order to Show Cause, specifically "the information required by SEC Schedule 14A, 17 C.F.R. § 240.14a-101 (Item 10(a)(1))." As a result, the parties agree that this supplemental filing resolves the preliminary injunction motion and that no further action need be taken by the Court or the parties with respect to this motion or the Order to Show Cause.

A copy of the amendment as filed on the SEC's EDGAR electronic filing system is attached to this letter.

Sincerely,

/s/ James J. Beha II
James J. Beha II

cc:   all counsel of record (by ECF)

ny-1222272